MATTEO ABBATE, an Infant, by JOHN ABBATE, His Guardian ad Litem, and JOHN ABBATE, Respondents, v. SEBASTIANO CICCONE, Appellant.—Action for personal injuries and for loss of services. The injuries were alleged to have been caused by the negligence of the defendant when his automobile truck struck infant plaintiff. Order setting aside verdict of jury in favor of defendant and granting

a new trial unanimously reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.